MARCUS A. GREGORY, Appellant, v. THOMAS J. LENNON, Respondent. — Judgment affirmed, with costs. Held, that the proof of the action of the grand jury was not alone sufficient to make out a *prima facie* case of malice or want of probable cause. (See *Burhans* v. *Sanford*, 19 Wend. 417; *Brounstein* v. *Sahlein*, 65 Hun, 365.) All concurred.

In the Matter of Proceedings to Assess a Transfer Tax on the Estate of ELLEN L. BUNCE, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; JULIUS PATRICK, as Executor, etc., Respondent. Order affirmed, with costs, upon the opinion of Atwell, Surrogate. (Reported in 100 Misc. Rep. 385.) All concurred.

JOHN DIRIMIJIO, Plaintiff, v. THE EMPIRE ENGINEERING CORPORATION, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

RICHARD RIDLEY, Appellant, v. NATIONAL CASKET COMPANY, Respondent. — Judgment and order affirmed, with costs. All concurred.

ARTHUR VOELKER, Respondent, v. BUFFALO STEAM PUMP COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CLARENCE RIEGER, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MAUD TRAPP, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented upon the ground that it was error to receive evidence of injuries not alleged in the complaint.

AGNES TEPAS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order denying motion for new trial upon ground of newly-discovered evidence reversed, and motion granted, upon the ground that it appears from the moving papers that the plaintiff made false statements with reference to her earnings. Judgment vacated. The costs of this appeal are awarded to the appellant to abide the event. All concurred.

FLORENCE MOORE, Respondent, v. CHARLES R. PULLEN, Appellant.— Judgment and order affirmed, with costs. All concurred.

MARY A. GREEN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

HENRY WALTER, Respondent, v. GEORGE KNICKERBOCKER, Appellant. — Judgment and order affirmed, with costs. All concurred.

WILLIAM GLOSS, Appellant, v. TEOFIL MEGER and Others, Respondents. — Judgment modified by striking therefrom the affirmative recovery of the rentals collected by the plaintiff, and as so modified affirmed, without costs of this appeal to either party. All concurred.